Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)

0864-0:01CR00132-001(DSD)

DOCKET NO. (Receiving Court)

RECEIVED MAY 15 2007 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

| NAME AND LOCATION OF * | DISTRICT | DIVISION | |
|---|---|---|---|
| Douglas Neil Barth<br>Cedar Falls, IA 50613 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable David S. Doty | | |
| | DATES OF TSR SUPERVISION | FROM<br>12/23/2004 | TO<br>12/06/2009 |

OFFENSE

Robbery, Bank

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3/27/07
Date

David S. Doty United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-23-07
Effective Date

United States District Judge

SCANNED MAY 16 2007 U.S. DISTRICT COURT ST. PAUL